## COMMONWEALTH *vs.* WALTER B ſHRICK.

The offence of selling spirituous liquors, in contravention of the Rev. Sts. *c.* 47, § 1, may be committed by a sale of such liquor mixed in small quantities with other unknown ingredients, and called for and sold as beer.

THE defendant was tried before *Wells*, C. J., in the court of common pleas, on an indictment charging him with selling spirituous liquor in contravention of the provisions of the Rev. Sts. *c.* 47, § 1. The evidence was, that the defendant sold liquor, which was not in a pure state, but mixed in small

quantities with other ingredients unknown to the witness, and that the compound was called for and sold as beer.

The defendant contended, that the offence charged in the indictment could not be proved by the sale of liquor so mixed; but the presiding judge ruled otherwise, and the defendant being convicted alleged exceptions.

*B. F. Butler* and *B. Russell*, for the defendant.

*Clifford*, attorney-general, for the commonwealth.

By THE COURT. This case falls within the principle settled in the case of *Commonwealth* v. *White*, 10 Met. 14. The ruling of the court of common pleas was correct and well supported by the opinion in that case.

*Exceptions overruled.*